UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00144-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PONCIANO LOPEZ-MACIAS a/k/a Rafael Delrio Ibanez a/k/a Rafael Ibanez Delrio,

    Defendant.

---

**ORDER**

---

    This matter is before the Court following a telephone conference with counsel for both parties. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, April 30, 2010,** and responses to these motions shall be filed by **Friday, May 7, 2010.** It is

    FURTHER ORDERED that a 4-day jury trial is set for **Monday, May 17, 2010, at 9:00 a.m. in courtroom A-1002.**

    Dated this 6th day of April, 2010.

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Chief U. S. District Judge