UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00144-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PONCIANO LOPEZ-MACIAS a/k/a Rafael Delrio Ibanez a/k/a Rafael Ibanez Delrio,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on April 20, 2010. A Change of Plea hearing is set for **Monday, June 21, 2010 at 11:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The four-day jury trial scheduled for May 17, 2010 is hereby **VACATED.**

    Dated: April 28, 2010.