UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00144-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PONCIANO LOPEZ-MACIAS a/k/a Rafael Delrio Ibanez a/k/a Rafael Ibanez Delrio,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict, the change of plea hearing set for June 21, 2010 at 11:00 a.m. is rescheduled for **Tuesday, June 22, 2010 at 4:00 pm.**

    Dated: June 14, 2010