UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00144-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. PONCIANO LOPEZ-MACIAS a/k/a Rafael Delrio Ibanez a/k/a Rafael Ibanez Delrio,

    Defendant.

## MINUTE ORDER

ORDERED ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The change of plea hearing set for Thursday, September 9, 2010 at 4:00 p.m. is continued to **Friday, September 10, 2010 at 2:30 p.m.**

    Dated: September 1, 2010